**STATE of Missouri, Respondent,**

v.

**Kenneth GARLINGTON, Appellant.**

**No. WD 52607.**

Missouri Court of Appeals,
Western District.

April 22, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 1997.

Shoula Horing, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SPINDEN and HOWARD, JJ.

**ORDER**

PER CURIAM.

Kenneth Garlington appeals his convictions of three counts of sodomy, two counts of sexual assault in the first degree, one count of deviate sexual assault, and one count of

sexual abuse in the first degree. We affirm. Rule 30.25(b).